NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESSE A. BELTRAN,**
*Claimant-Appellant,,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7132

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-2763, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Jesse A. Beltran moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

**JUL 1 2011**

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jesse A. Beltran
    Jeanne E. Davidson, Esq.

.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2011

JAN HORBALY
CLERK